## 25621. THOMAS v. THE STATE.

GUERRY, J. The evidence supports the verdict. The special assignments of error are plainly without merit. The court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MAY 19, 1936.

*W. G. Warnell, Edward J. Goodwin,* for plaintiff in error.
*Samuel A. Cann, solicitor-general, Andrew J. Ryan,* contra.